UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TYRONE WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-1073** |
| **BURL CAIN, WARDEN** | **SECTION "J"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Tyrone Williams's petition for issuance of a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** because the Court lacks subject matter jurisdiction.

New Orleans, Louisiana, this ___13th___ day of ____January, 2011.

_____
UNITED STATES DISTRICT JUDGE