UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TYRONE WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-1073** |
| **BURL CAIN, WARDEN** | **SECTION "J"(4)** |

### CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____  a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):_____

✓  a certificate of appealability shall not be issued for the following reason(s):

The petitioner has failed to demonstrate that reasonable jurists could debate whether, or agree that, the habeas petition should have been resolved in a different manner or that the issues presented were adequate so as to deserve encouragement to proceed further.

New Orleans, Louisiana, this __13th__ day of _____January_____, 2011.

_____
UNITED STATES DISTRICT JUDGE